UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID ARLINGTON ZILLHART** :

   **Petitioner** :  CIVIL ACTION NO. 3:18-1034

 **v.** :  (JUDGE MANNION)

 :

**BARRY SMITH,**

 :

   **Respondent**

 :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 26, 2021**
18-1034-01-ORDER